UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 3:06-cr-035 |
| v. | ) | Judge Trauger |
| | ) | |
| JAMES HENRY CLARK | ) | |

## MOTION TO DISMISS INDICTMENT

The United States, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, respectfully moves the Court for leave to dismiss the indictment in the above styled case.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By:  *s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone:   615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I electronically filed this pleading with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant, Sumter L. Camp.

*s/ William L. Deneke*
Assistant United States Attorney